**UNITED STATES DISTRICT COURT**  
**CENTRAL DISTRICT OF CALIFORNIA**

**PRIORITY SEND**

**CIVIL MINUTES -- GENERAL**

| | |
|---|---|
| Case No.   **CV 09-2193-JFW (AGRx)** | Date: June 22, 2009 |
| Title:   Abraham De Jesus -v- Wells Fargo Home Morgage, Inc., et al. | |

**PRESENT:**

**HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| Shannon Reilly | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFFS: | ATTORNEYS PRESENT FOR DEFENDANTS: |
|---|---|
| None | None |

**PROCEEDINGS (IN CHAMBERS):**   ORDER GRANTING MOTION TO DISMISS OF DEFENDANTS WELLS FARGO HOME MORTGAGE AND COUNTRYWIDE HOME LOANS, INC.  [filed 6/3/09; Docket No. 13]

On June 3, 2009, Defendants Wells Fargo Home Mortgage, Inc., and Countrywide Home Loans, Inc. (collectively, "Defendants") filed a Motion to Dismiss ("Motion").  Plaintiff Abraham de Jesus ("Plaintiff") failed to file a timely Opposition.  Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, the Court finds that this matter is appropriate for decision without oral argument.  The hearing calendared for June 29, 2009 is hereby vacated and the matter taken off calendar.  After considering the moving papers and the arguments therein, the Court rules as follows:

Pursuant to Local Rule 7-9, Plaintiff was required to file and serve his Opposition or Notice of Non-Opposition "not later than fourteen (14) days before the date designated for the hearing of the motion," or June 15, 2009.  *See* Local Rule 7-9.  Local Rule 7-12 provides that "[t]he failure to file any required paper, or the failure to file it within the deadline, may be deemed consent to the granting . . . of the motion."  *See* Local Rule 7-12.  Plaintiff did not file an Opposition on or before June 15, 2009.  Pursuant to Local Rule 7-12, the Court deems Plaintiff's failure to file a timely Opposition or to otherwise comply with Local Rule 7-9 as consent to the granting of Defendants' Motion.

Accordingly, Defendants' Motion is **GRANTED.**  Plaintiff shall file an amended complaint on or before June 29, 2009.  Failure to file an amended complaint on or before June 29, 2009 will result in the dismissal of this action with prejudice.

IT IS SO ORDERED.

The Clerk shall serve a copy of this Minute Order on all parties to this action.