**JS-6**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

| | | |
|---|---|---|
| Case No. | **CV 09-2193-JFW (AGRx)** | Dated: **July 20, 2009** |
| Title: | Abraham De Jesus -v- Wells Fargo Home Morgage, Inc., et al. | |

PRESENT: HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

Shannon Reilly                                          Victoria Valine
Courtroom Deputy                                   Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

Carlo O. Reyes                                          Laju M. Obasaju

**PROCEEDINGS:**   **SCHEDULING CONFERENCE**

Case called, and counsel makes her appearance.  Plaintiff's counsel Mr. Reyes is not present.  Lead counsel for defendant, John Ambert is not present.  Laju M. Obasaju appears on behalf of defendant.

Scheduling Conference is not held.  For the reasons stated on the record, the Court **dismisses** the action.

Defendant's pending Motion to Dismiss [doc 24] is **denied** as moot.

Defendant's counsel is ordered to show cause, in writing, no later than **July 27, 2009**, why sanctions should not be imposed in the amount of $500 against lead counsel John Ambert for his failure to appear at the Status Conference on July 20, 2009.

In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, no oral argument will be heard unless otherwise ordered by the Court.  The Order will stand submitted upon the filing of the response to the Order to Show Cause.