```
BRYAN CAVE LLP
John W. Amberg (California Bar No. 108166)
Laju M. Obasaju (California Bar No. 255706)
120 Broadway, Suite 300
Santa Monica, California 90401-2386
Telephone:     (310) 576-2100
Facsimile:     (310) 576-2200
E-mail:    jwamberg@bryancave.com
           laju.obasaju@bryancave.com

Attorneys for Defendants
COUNTRYWIDE HOME LOANS, INC. and
WELLS FARGO HOME MORTGAGE, INC.
```

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABRAHAM DE JESUS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO HOME MORTGAGE, INC., a New York Corporation; COUNTRYWIDE HOME LOANS, a New York Corporation and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. CV09-02193 JFW (AGRx)<br><br>**RESPONSE TO ORDER TO SHOW CAUSE DATED JULY 20, 2009; DECLARATION OF JOHN W. AMBERG**<br><br>Complaint Filed: March 30, 2009 |

John W. Amberg respectfully responds to the Court's Order to Show Cause dated July 20, 2009, as follows:

I.  <u>Procedure background</u>

On July 20, 2009, at 8:30 a.m., a scheduling conference was held in this case. Laju Obasaju, an associate attorney with Bryan Cave LLP, appeared for defendants Wells Fargo Home Mortgage, Inc. and Countrywide Home Loans, Inc. No one appeared for plaintiff Abraham De Jesus. The Court entered an order dismissing the lawsuit due to the non-appearance of plaintiff's counsel.

1    The Court further ordered John W. Amberg, identified as lead counsel for
2 defendants, to show cause why sanctions in the amount of $500 should not be
3 imposed for his failure to appear at the conference.

4    II.    Response to Order to Show Cause

5    John W. Amberg sincerely apologizes to the Court for his non-appearance.
6 He arranged for his associate Laju Obasaju appear in his place on behalf of
7 defendants due to an unavoidable conflict with another court appearance.
8 Specifically, on July 20, 2009, Mr. Amberg was scheduled to argue a consolidated
9 appeal before California's Second District Court of Appeal, Third Division, in the
10 lawsuit *Tekelec v. Frederick Lax*, Cases No. B 212759 and B213669. Mr. Amberg
11 is lead counsel for the appellant, Tekelec, and made the appellate argument for his
12 client.

13    The appellate argument in the *Tekelec* case was scheduled more than one
14 month ago. The argument was originally scheduled on the Court of Appeal's
15 afternoon docket at 1:30 p.m., which would have permitted Mr. Amberg to appear at
16 the morning scheduling conference in *De Jesus*. However, within the last week, the
17 Court of Appeal rescheduled the appellate argument for its morning calendar, and
18 the *Tekelec* case was the first argument called on July 20 at 9:30 a.m. Declaration of
19 John W. Amberg, attached hereto.

20    As a result, Mr. Amberg was committed to making the argument to the Court
21 of Appeal in the *Tekelec* case at the same time as the scheduling conference in *De
22 Jesus*.

23    Mr. Amberg intended no disrespect for the District Court or the plaintiff. He
24 is deeply mindful of his obligations under the Rules, and has personally appeared at
25 the scheduling conferences in all other cases in the District Court in which he is the
26 lead counsel. Indeed, it was because Mr. Amberg did not wish to inconvenience the
27 Court or the plaintiff, by asking them to alter their schedules to accommodate him,
28 that he arranged for his associate Ms. Obasaju to appear at the scheduling

BRYAN CAVE LLP
3161 MICHELSON DRIVE
SUITE 1500
IRVINE, CALIFORNIA 92612-4414

conference. Ms. Obasaju is an experienced young lawyer and was full authorized to act on behalf of the firm's clients. If the lawsuit was not dismissed, and had proceeded to trial, Ms. Obasaju would have been fully capable of trying it.

III. Conclusion

Mr. Amberg sincerely apologizes to the Court for not appearing at the scheduling conference, due to an unavoidable conflict with an argument to the California Court of Appeal at the same time. Under the circumstances, he hopes the Court will accept his apology and explanation, and asks the Court not to impose sanctions against him.

DATED: July 21, 2009

BRYAN CAVE LLP
JOHN W. AMBERG
LAJU OBASAJU

By: _____
    John W. Amberg
Attorneys for Defendants
COUNTRYWIDE HOME LOANS, INC.
and WELLS FARGO HOME MORTGAGE, INC.

# DECLARATION OF JOHN W. AMBERG

I, JOHN W. AMBERG, declare:

1. I am an attorney admitted to practice in California and in Central District since 1983, and am a partner in the law firm Bryan Cave LLP, attorneys for defendants Wells Fargo Home Mortgage, Inc. and Countrywide Home Loans, Inc. in this case. I have personal knowledge of the matters stated herein. I make this Declaration in support of my Response to the Court's Order to Show Cause dated July 20, 2009.

2. On July 20, 2009, the same day as the scheduling conference in this case, I was scheduled to make an argument to California's Second District Court of Appeal, Third Division, on behalf of appellant Tekelec in the consolidated appeal, *Tekelec v. Frederick Lax*, Cases No. B212759 and B213669. I have been the lead trial counsel for Tekelec since 2007, and tried the underlying arbitration that gave rise to the appeal. The notice of appeal was filed on December 5, 2008, and the date for appellate argument was set on June 10, 2009.

3. Originally, the appellate argument was scheduled on the Court of Appeal's afternoon calendar at 1:30 p.m., but last week the Court rescheduled the argument on its morning calendar. The *Tekelec* case was the first argument called on July 20, 2009 at 9:30 a.m. Therefore, I was making the argument to the Court of Appeal in the *Tekelec* case at virtually the same time that the scheduling conference was going forward in the District Court in *De Jesus*.

4. I regret that I was unable to appear at the scheduling conference and apologize sincerely to the Court. The conflict was unavoidable, however. Not wanting to inconvenience the Court or the plaintiff's counsel by asking that the scheduling conference be moved to accommodate me, I arranged for my associate, Laju Obasaju to appear at the conference. Ms. Obasaju is an experienced attorney who is currently working with me on a half-dozen cases involving mortgage loan

issues. She was fully authorized to act on behalf of our clients, and if the case had proceeded, she was fully capable of trying it.

5. I am mindful of my obligations to the Court under the Rules. I have always appeared and participated in scheduling conferences in federal cases in which I am lead counsel, most recently in the *Martinez* case before Judge Fairbank on May 18, 2009, and the *Rodarte* case before Judge Wilson on June 1, 2009. It has never been my practice to send junior lawyers in my place when I had an obligation to appear in court.

6. I hope that the Court will accept my apology and explanation for my absence from the scheduling conference. In light of the circumstances, I respectfully request the Court not to impose sanctions against me.

I declare under penalty of perjury under the laws of the United States of America that foregoing is true and correct.

Executed at Santa Monica, California, on July 21, 2009.

John W. Amberg

BRYAN CAVE LLP
3161 MICHELSON DRIVE
SUITE 1500
IRVINE, CALIFORNIA 92612-4414

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 120 Broadway, Suite 300, Santa Monica, California 90401.

On June 21, 2009, I served the following document, described as: **RESPONSE TO ORDER TO SHOW CAUSE DATED JULY 20, 2009; DECLARATION OF JOHN W. AMBERG** on the interested parties in this action, as follows:

**THE LAW OFFICES OF CARLO O. REYES**
Carlo O. Reyes, Esq.
22122 Sherman Way, Suite 203
Canoga Park, CA 91303
Telephone: (818) 883-8838
Facsimile: (818) 883-8118

Attorney for Plaintiff
ABRAHAM DE JESUS

☒ **(BY U.S. MAIL)** I placed a true copy of the foregoing document in a sealed envelope addressed to each interested party as set forth above. I placed each such envelope, with postage thereon fully prepaid, for collection and mailing at Bryan Cave LLP, Santa Monica, California. I am readily familiar with Bryan Cave LLP's practice for collection and processing of correspondence for mailing with the United States Postal Service. Under that practice, the correspondence would be deposited in the United States Postal Service on that same day in the ordinary course of business.

☐ **(BY FAX)** I caused a true copy of the foregoing document to be served by facsimile transmission at the time shown on each attached transmission report from sending facsimile machine telephone number (310) 576-2200 to each interested party at the facsimile number shown above. Each transmission was reported as complete and without error. A transmission report was properly issued by the sending facsimile machine for each interested party served.

☐ **(BY FEDERAL EXPRESS)** I deposited in a box or other facility maintained by the federal express delivery service, an express carrier service, or delivered to a courier or driver authorized by said express carrier service to receive documents, a true copy of the foregoing document, in an envelope designated by said express service carrier, with delivery fees paid or provided.

Executed on July 21, 2009, at Santa Monica, California.

☒ **(FEDERAL ONLY)** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

/s/Judith C. Chiri
Judith C. Chiri

742176.1

PROOF OF SERVICE